**DISMISS and Opinion Filed June 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00500-CV

**ILEVEL BRANDS, INC., Appellant**

**V.**

**CROSSMARK, INC., VIRGINIA MOLTHEN, BARBARA DEVINE, AND KATHERINE KNETTEL, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02019-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Erin A. Nowell// |
| --- | --- |
| 220500f.p05 | ERIN A. NOWELL |
|  | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ILEVEL BRANDS, INC., Appellant

No. 05-22-00500-CV          V.

CROSSMARK, INC., VIRGINIA
MOLTHEN, BARBARA DEVINE,
AND KATHERINE KNETTEL,
Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02019-
2022.
Opinion delivered by Justice Nowell.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that appellees CROSSMARK, INC., VIRGINIA MOLTHEN, BARBARA DEVINE, AND KATHERINE KNETTEL recover their costs of this appeal from appellant ILEVEL BRANDS, INC.

Judgment entered this 27th day of June, 2022.